## Joint Status Report Pursuant to Rule 26(f)

Caption: **Deanna Pierce v. City of Philadelphia**     Civil Action No: **17-5539**

Basis of Jurisdiction: **Federal Question**

Jury Trial: **X**     Non-Jury Trial: _____     Arbitration: _____

Plaintiff's counsel participating in the Rule 16 Conference: **Lane J. Schiff, Esquire**
Defendants counsel participating in the Rule 16 Conference: **Kia Ghee, Esquire**
Do counsel have full authority to settle at Rule 16 Conference? **Yes**

    If not, client with such authority who will attend conference:

When did the parties hold the Rule 26 Conference? **April 26, 2018**
When did the parties comply with the Rule 26(a)'s duty of self-executing disclosure? **May 10, 2018**
Does either side expect to file a case-dispositive motion? **Yes** (yes/no)

    If yes, under what Rule **56**
    If yes, specify the issue
    Proposed deadline for filing dispositive motions: **4 weeks after fact discovery**
    Does either side anticipate the use of experts? **Yes**

        If yes, what is the proposed deadline for expert discovery? **30 days after fact discovery.**
Approximate date case should be trial-ready: **90 days after close of fact discovery**
    Time for Plaintiff's case: **2-3 days**   Time for Defendant's case: **1-2 days**
Is a settlement conference likely to be helpful? _____ If so, when:
    Early_____ (yes/no)    After Discovery **X** (yes/no)
Do the parties wish to proceed before a Magistrate Judge for final disposition? **No**

Plan for Discovery:

1. The parties anticipate that discovery should be completed within **120** days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to? **After discovery**

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? **No**

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan. **Plaintiff may need to take more than 10 depositions**

5. If you contend the discovery period to exceed 90 days, please state reason:
**Medical reasons for Defendant's attorney and number of witnesses.**