IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEANNA PIERCE,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. **17-5539** |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter my appearance for defendant the City of Philadelphia in the above-captioned matter.

                  Respectfully,

                  /s/ *Nicole S. Morris*
                  NICOLE S. MORRIS, ESQ.
                  Chief Deputy City Solicitor
                  Pa Id No.: 88265
                  City of Philadelphia Law Department
                  Labor and Employment Unit
                  1515 Arch Street, 16th Floor
                  Philadelphia, PA 19102
                  Phone:  (215) 683-5075
                  Fax:    (215) 683-5099
                  Counsel for Defendant

Date: September 4, 2018

## **CERTIFICATE OF SERVICE**

      I certify that I electronically filed and served this entry of appearance by ECF on September 4, 2018, where it is available for viewing and printing.

                          Respectfully,

                          /s/ *Nicole S. Morris*
                          NICOLE S. MORRIS, ESQ.
                          Chief Deputy City Solicitor
                          Pa Id No.: 88265
                          City of Philadelphia Law Department

Date: September 4, 2018