IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEANNA PIERCE, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-05539 |
| | : | |
| CITY OF PHILADELPHIA. | : | |

## **CIVIL JUDGMENT**

Before the Honorable Gerald J. Pappert,

      AND NOW, this 14th day of January, 2019, in accordance with the verdict of the Jury,

      IT IS ORDERED that Judgment is hereby entered in favor of the defendant City of Philadelphia and against the plaintiff Deanna Pierce as to the race discrimination claim and municipal liability claim.  Judgment is hereby entered in favor of the Plaintiff Deanna Pierce and against Defendant City of Philadelphia as to the retaliation claim in the amount of $1.00.

      BY THE COURT

      ATTEST:

*/s/ Katie Rolon*
Katie Rolon
Deputy Clerk to the
Honorable Gerald J. Pappert

Civ 1 (3/18)