IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEANNA PIERCE, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 17-5539 |
| CITY OF PHILADELPHIA, | |
| *Defendant.* | |

# ORDER

**AND NOW**, this 13th day of June, 2019, upon consideration of Plaintiff's Motion for Equitable and Injunctive Relief (ECF No. 78), Defendant's Response (ECF No. 79) and Plaintiff's Reply (ECF No. 85); Plaintiff's Motion for Judgment as a Matter of Law and New Trial (ECF No. 86), Defendant's Response (ECF No. 88), Plaintiff's Reply (ECF No. 94) and Defendant's Sur-Reply (ECF No. 97) and Plaintiff's Motion for a New Trial (ECF No. 101) and Defendant's Response (ECF No. 103), it is hereby **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.