IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEANNA PIERCE, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 17-5539 |
| CITY OF PHILADELPHIA, | |
| *Defendant.* | |

# **ORDER**

**AND NOW**, this 1st day of August, 2019, upon consideration of Plaintiff's Motion for Recusal (ECF No. 108), Defendant's Response (ECF No. 111) and Plaintiff's Reply (ECF No. 112), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.