IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEANNA PIERCE, | |
| --- | --- |
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 17-5539 |
| CITY OF PHILADELPHIA, | |
| *Defendant.* | |

# **ORDER**

**AND NOW**, this 2nd day of August, 2019, upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 109) and Defendant's Response (ECF No. 114), it is **ORDERED** that the Motion is:

1. **DENIED with prejudice** as to Plaintiff's request for attorneys' fees and

2. **DENIED without prejudice** to Plaintiff's right to file a bill of costs for determination by the Clerk of Court in the first instance.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.